IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00810-PSF-BNB

RONNIE R. ROLLAND,

Plaintiff,

v.

PRIMESOURCE STAFFING, LLC, and
RENEE RAABE,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's reply to defendant's** [sic] **answer and affirmative defenses, in opposition to defendant's motion for dismissal of plaintiffs** [sic] **complaint for alleged failure to state a claim justifying relief** (Do. #7, filed 6/7/06] (the "Reply").

To the extent the plaintiff is submitting a reply to the defendants' Answer, the Federal Rules of Civil Procedure provide that there shall be a complaint and answer. Fed.R.Civ.P. 7(a). Further pleadings are prohibited "except that the court may order a reply to an answer." Id. The court has not ordered a reply to the defendants' Answer.

Insofar as the plaintiff is responding to a motion to dismiss his Complaint, there is no motion to dismiss pending before this court.[1]  Accordingly,

---

[1] The Answer contains a "Prayer for Relief" wherein the defendants "request that the Complaint be dismissed in its entirety." *Answer*, p. 11. The defendants have not filed a motion to dismiss pursuant to the Federal Rules of Civil Procedure, however, and I do not construe the Prayer for Relief as a motion to dismiss.

IT IS ORDERED that the Reply is STRICKEN.

IT IS FURTHER ORDERED that, in the future, titles to all motions and other papers shall not exceed ten words.

Dated June 12, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge