IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 06-cv-00810-MJW-BNB**

RONNIE R. ROLLAND,

Plaintiff(s),

v.

PRIMESOURCE STAFFING, LLC, et al.,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on July 14, 2006, by Judge Phillip S. Figa, and was assigned to Magistrate Judge Michael J. Watanabe on July 14, 2006.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Boyd N. Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

IT IS FURTHER ORDERED that the Order of Reference to United States Magistrate Judge, entered by Judge Phillip S. Figa, on April 28, 2006, is **VACATED**.

IT IS FURTHER ORDERED that a Telephone Status Conference is set before Magistrate Judge Michael J. Watanabe on September 28, 2006, at 8:00 a.m.  The **defendants' counsel** is directed to arrange a conference call with the pro se plaintiff and then contact the court by calling (303) 844-2403 at the time set forth above.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov.   Instructions for downloading in richtext format are posted in the forms section of the website.   Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S.

Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

DATED THIS 24th DAY OF JULY, 2006

                                        BY THE COURT:

                                        s/ Michael J. Watanabe
                                        MICHAEL J. WATANABE
                                        United States Magistrate Judge