IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00810-MJW-BNB**

RONNIE R. ROLLAND,

Plaintiff,

v.

PRIMESOURCE STAFFING, LLC, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the defendants' Motion to Vacate and Reschedule Telephone Status Conference, which was filed on August 17, 2006 (Docket No. 27), is granted, and the telephone status conference set for September 28, 2006, at 8:00 a.m. is **VACATED AND RESET** to September 27, 2006, at 9:00 a.m. It is further

    **ORDERED** that on or before August 28, 2006, the plaintiff shall submit to the court and defense counsel a proposed Amended Complaint, which should include all of his claims from his original Complaint and the claims which he seeks to add through his Motion for Leave to Amend Original Complaint (Docket No. 26). Defendants shall then have up to and including September 18, 2006, to file a Response to the plaintiff's Motion for Leave to Amend Original Complaint (Docket No. 26)

Date: August 17, 2006