IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-00810-MJW-BNB

RONNIE R. ROLLAND,

    Plaintiff,

v.

PRIMESOURCE STAFFING, LLC., and RENEE RAABE,

    Defendant.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Motion for Reconsideration of Summary Judgment and Objection to Courts Order and Decision (Docket No. 57) is denied as there is no basis in law or in fact for the motion.

Date: November 2, 2006